UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 05-23206-CIV-MORENO**

IN RE:  MANAGED CARE LITIGATION
_____

JAMES MIRABILE, M.D. and JAMES MIRABILE, M.D., PA,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO REMAND

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on August 25, 2008 **(D.E. No. 72)**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 79)** on **November 28, 2008**.  The Court reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 79)** on **November 28, 2008** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion to Remand is DENIED in its entirety.  The case is not

remanded and the demand for attorneys' fees and costs is rejected as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record