UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 05-23206-CIV-MORENO**

IN RE: MANAGED CARE LITIGATION

---

JAMES MIRABILE, M.D. and JAMES MIRABILE, M.D., PA,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, et al.,

    Defendants.
_____/



## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND COMPELLING ARBITRATION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on the Defendants' Motion to Compel Arbitration (**D.E. No. 46**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 86**) on **March 5, 2009**. The Court reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation presents, and notes that the parties never objected to the Report and Recommendation. Thus, in view of this failure to respond to the Report and Recommendation, and also considering the merits of the issues raised, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 86**) on **March 5, 2009** is **AFFIRMED** and **ADOPTED**. It is undisputed that the underlying insurance contracts require arbitration, and the Plaintiffs failed to

demonstrate that the contracts themselves should be disregarded as unconscionable. Accordingly, it is

**ADJUDGED** that:

(1) the Defendants' Motion to Compel Arbitration is GRANTED;

(2) The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file;

(3) All of Plaintiffs' claims against Blue Cross and Blue Shield of Kansas City, Good Health HMO, Inc., and Total Health Care, Inc. are STAYED pending the final outcome of arbitration;

(4) The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(5) All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of March, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record

-2-